**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VERA ZEMETSKAYA, individually and on behalf of all others similarly situated and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>XEROX STATE HEALTHCARE LLC, a Delaware Limited Liability Company; XEROX BUSINESS SERVICES, LLC, a Delaware Limited Liability Company; AFFILIATED COMPUTER SERVICES, INC., a Delaware Corporation; AFFILIATED COMPUTER SERVICES LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 14-CV-02564-WBS-KJN<br><br><u>Assigned for All Purposes to</u>:<br>Hon. William B. Shubb<br>Courtroom 5<br><br>**ORDER APPROVING JOINT STIPULATION TO RESCHEDULE HEARING DATE ON DEFENDANTS' MOTION TO COMPEL ARBITRATION** |

The Court has considered the Joint Stipulation to Reschedule Hearing Date on Defendants' Motion to Compel Arbitration.

For good cause shown, IT IS HEREBY ORDERED that the hearing date of the motion be moved from February 9, 2015 to March 9, 2015, at 2:00 p.m.

Dated:  January 30, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO RESCHEDULE HEARING DATE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO RESCHEDULE HEARING DATE