UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERA ZEMETSKAYA, individually and on behalf of all others similarly situated and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>XEROX STATE HEALTHCARE LLC, a Delaware Limited Liability Company; XEROX BUSINESS SERVICES, LLC, a Delaware Limited Liability Company; AFFILIATED COMPUTER SERVICES, INC., a Delaware Corporation; AFFILIATED COMPUTER SERVICES LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 14-CV-02564-WBS-KJN<br><br>Hon. William B. Shubb<br><br>**ORDER APPROVING STIPULATION OF DISMISSAL AND DISMISSING CASE** |

Based on the Stipulation of Dismissal entered into by Plaintiff Vera Zemetskaya ("Plaintiff") and Defendants Xerox State Healthcare, LLC, Xerox Business Services, LLC, Affiliated Computer Services, Inc., and Affiliated Computer Services, LLC (collectively, "Defendants"), IT IS HEREBY ORDERED AS FOLLOWS:

1.   Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is hereby DISMISSED with prejudice with respect to all of the individual claims brought

by Plaintiff on her own behalf, including her California Labor Code Private Attorneys General Act ("PAGA") claim;

      2.     Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the claims asserted by Plaintiff in the above-captioned action on behalf of putative, uncertified class action members are hereby DISMISSED without prejudice and without notice to any putative class member;

      3.     Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the claims brought by Plaintiff in a representative capacity on behalf of others pursuant to PAGA in the above-captioned action are hereby DISMISSED without prejudice and without notice to any individual; and

      4.     Pursuant to the terms of the settlement agreement entered into between the parties, each party is to bear its own costs and attorney's fees.

      5.     The Clerk is ordered to close this file.

**IT IS SO ORDERED.**

Dated:  March 16, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE